

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-30-2003

# USA v. Terlingo

Precedential or Non-Precedential: Precedential

Docket 02-1640

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"USA v. Terlingo" (2003). *2003 Decisions.* Paper 575.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/575

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 02-1640, 02-1641 and 02-1642
_____

UNITED STATES OF AMERICA


v.

DOMENICK TERLINGO, TARA TERLINGO, and
DOMENICK L. TERLINGO

Domenick Terlingo, Appellant in No. 02-1640
Tara Terlingo, Appellant in No. 02-1641
Domenick L. Terlingo, Appellant in No. 02-1642


_____

O R D E R

_____


It is hereby O R D E R E D that the opinion entered in the above-entitled appeals on April 23, 2003 is hereby amended to correct the spelling of the name of NiaLena Caravasos, Esquire, which was spelled incorrectly in the listing of counsel for the appellants. The correct spelling, which appears in this order, is substituted for the prior erroneous spelling in the opinion.


For the Court,

 /s/ Marcia M. Waldron
Clerk


Dated:    April 30, 2003